No. 10-6132. Wayne Smith, Petitioner v. Pennsylvania.

562 U.S. 1010, 131 S. Ct. 518, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8618.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 606 Pa. 127, 995 A.2d 1143.